UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SHEZ JACKSON,

          Plaintiff,

v.

STERLING METS, L.P., JEFFREY WILPON and DAVID COHEN,

          Defendants.

CONSENT PURSUANT TO 29 U.S.C. §216(b)

Case No. CV 04 5407 FEUERSTEIN, J. MATSUMOTO

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y.
DEC 13 2004
BROOKLYN OFFICE

TO: CLERK OF THE COURT AND TO EACH PARTY:

STATE OF NEW YORK   )
                         )ss.:
COUNTY OF NEW YORK )

SHEZ JACKSON, being duly sworn, deposes and says:

1.    I am the Plaintiff Shez Jackson in the above-captioned action and I understand that it is brought in part under the federal Equal Pay Act, 29 U.S.C. §206(d).

2.    I hereby consent to become a Plaintiff in the above-captioned action pursuant to the Equal Pay Act, 29 U.S.C. §206(d).

1

3. I further agree and consent to Tuckner, Sipser, Weinstock & Sipser as my counsel in the above-captioned action and authorize them to file this Consent with the Clerk of the Court.

_____
SHEZ JACKSON

Sworn to before me this
10th day of December, 2004

_____
NOTARY PUBLIC

WILLIAM J. SIPSER
Notary Public, State of New York
No. 02-SI4879418
Qualified in New York County
Commission Expires 11/10/2006