## AFFIDAVIT OF PERSONAL SERVICE

STATE OF NEW YORK   )
                    )ss.:
COUNTY OF NEW YORK  )

**BRIAN PRICE**, being duly sworn, deposes and says:

1. Deponent is not a party to this action, is over 18 years of age and resides in the City of New York, County of New York.

2. On the 13th day of December, 2004 at 3:07 p.m., at the Offices of the Corporation Counsel, 100 Church Street, New York, NY, Deponent personally served a true copy of the: Summons and Complaint with Jury Demand and a Consent pursuant to 29 U.S.C. §216(b) in Case No. 04 CV 5407, upon The Corporation Counsel, by delivering to and leaving personally with **CELESTE SPIRIDIGLIOZZI, Assistant Unit Chief** a true copy of each thereof. Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:

| Sex: Female | Color: White | Hair: Brown |
|---|---|---|
| App. Age: 30 | App Ht: 5:7 | App. Wt. 135 |

**BRIAN PRICE**

Sworn to before me this
13th day of December, 2004

Notary Public

WILLIAM J. SIPSER
Notary Public, State of New York
No. 02-SI4879418
Qualified in New York County
Commission Expires 11/10/2006