## AFFIDAVIT OF PERSONAL SERVICE

STATE OF NEW YORK  )
                   )ss.:
COUNTY OF NEW YORK )

**BRIAN PRICE,** being duly sworn, deposes and says:

1. Deponent is not a party to this action, is over 18 years of age and resides in the City of New York, County of New York.

2. On the 13th day of December, 2004 at 3:20 p.m., at the Offices of the New York City Commission on Human Rights, 40 Rector Street, New York, NY, Deponent personally served a true copy of the: Summons and Complaint with Jury Demand and a Consent pursuant to 29 U.S.C. §216(b) in Case No. 04 CV 5407 upon the The New York City Commission on Human Rights, by delivering to and leaving personally with **GEORGIA SHINAUL, Clerk** a true copy of each thereof. Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:

Sex: Female        Color: Black        Hair: Black

App. Age: 24       App Ht: 5:5         App. Wt. 275

_____
BRIAN PRICE

Sworn to before me this
13th day of December, 2004

_____
Notary Public

WILLIAM J. SIM...
Notary Public, State of New York
No. 02-SI4879418
Qualified in New York County
Commission Expires 11/10/2006