Form 02 - SUITABLE WITH MILITARY
    TUCKNER, SIPSER, WEINSTOCK & SIPSER,ESQS
    ATTN: BILL SIPSER
U.S.EASTERN DIST. COURT    NEW YORK  COUNTY
-----------------------------------------------------

|  |  |
|---|---|
| SHEZ JACKSON    plaintiff | Index No. **CV 04 5407** |
|    - against - | Date Filed ............. |
|  | Office No. |
| STERLING METS, L.P., ETAL    defendant | Court Date:  / / |

-----------------------------------------------------

    STATE OF NEW YORK, COUNTY OF NEW YORK    :SS:
**HOWARD HERTZFELD**    being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the  State of New York. That on the
**3rd** day of **January, 2005  12:50 PM**    at
    **%STERLING METS, LP.SHEA STADIUM**
    **123-01 ROOSEVELT AVE FLUSHING, NY 11368-1699**
I served the  **SUMMONS AND COMPLAINT**
          **CONSENT PURSUANT TO 29 USC 216(B)**
upon **DAVID COHEN**
**the DEFENDANT**  therein named by delivering and leaving a true copy or copies
of the aforementioned documents with
    **HELENE WEINTRAUB, LEGAL CLERK AUTHORIZED TO ACCEPT SERVICE**
**AS PER COMPANY POLICY** a person of suitable age and discretion.
    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
SEX: **FEMALE**    COLOR: **WHITE**    HAIR: **BROWN**    AGE: **43**  HEIGHT: **5:5**    WEIGHT: **135**
OTHER IDENTIFYING FEATURES:
On **01/06/2005** I deposited in the United States mail a true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said
**DEFENDANT** at the above address. That address being
**actual place of employment of the DEFENDANT.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns action against the person to be served.
**AS EVIDENCED BY CERTIFICATE OF MAILING HEREWITH ATTACHED.**
That at the time of service as aforesaid, I asked person spoken to whether **DEFENDANT** was in the military service of the State of New York or United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
6th  day of  January,    2005        ......................
                                   HOWARD HERTZFELD 778037
TERRY GOLUB                      AETNA  CENTRAL  JUDICIAL  SERVICES
Notary Public, State of New York    225 BROADWAY, SUITE 1802
    No.01GO5041250                NEW YORK, NY, 10007
Qualified in KINGS COUNTY       Reference No: 3TSWS810950
Commission Expires 03/27/2007



Case 1:04-cv-05407-JFB-KAM    Document 5    Filed 01/14/2005    Page 3 of 3