```
Form 02 - SUITABLE WITH MILITARY
        TUCKNER, SIPSER, WEINSTOCK & SIPSER, ESQS
        ATTN: BILL SIPSER
U.S. EASTERN DIST. COURT    NEW YORK    COUNTY
--------------------------------------------------
                                                       Index No. CV 04 5407
SHEZ JACKSON                              plaintiff
                                                       Date Filed   .............
              - against -
                                                       Office No.
STERLING METS, L.P., ETAL                 defendant
                                                       Court Date:    /  /
--------------------------------------------------
       STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:
HOWARD HERTZFELD    being duly sworn, deposes and says; I am over 18 years of age,
not a party to this action, and reside in the  State of New York. That on the
3rd day of January, 2005  12:50 PM         at
       %STERLING METS, LP SHEA STADIUM
       123-01 ROOSEVELT AVE FLUSHING, NY 11368-1699
I served the   SUMMONS AND COMPLAINT
               CONSENT PURSUANT TO 29 USC 216(B)
upon JEFFREY WILPON
the DEFENDANT  therein named by delivering and leaving a true copy or copies
of the aforementioned documents with
       HELENE WEINTRAUB,  LEGAL CLERK AUTHORIZED TO ACCEPT SERVICE
AS PER COMPANY POLICY a person of suitable age and discretion.
       Deponent describes the person served as aforesaid to the best of deponent's ability
at the time and circumstances of the service as follows:
SEX: FEMALE  COLOR: WHITE   HAIR: BROWN     AGE: 43  HEIGHT: 5:5   WEIGHT: 135
OTHER IDENTIFYING FEATURES:
On 01/06/2005 I deposited in the United States mail a true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
DEFENDANT at the above address. That address being
actual place of employment of the DEFENDANT.
Copy mailed 1st class mail marked personal & confidential not indicating on the outside
thereof, by return address or otherwise that said notice is from an attorney or concerns
action against the person to be served.
AS EVIDENCED BY CERTIFICATE OF MAILING HEREWITH ATTACHED.
That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT
was in the military service of the State of New York or United States and received a negative
reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone
in the military service of the State of New York or the United States as that term is defined
in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
6th  day of  January,        2005
                                              ..........................
TERRY GOLUB
Notary Public, State of New York              HOWARD HERTZFELD   778037
    No.01GO5041250                            AETNA   CENTRAL  JUDICIAL   SERVICES
Qualified in KINGS COUNTY                     225 BROADWAY, SUITE 1802
Commission Expires 03/27/2007                 NEW YORK, NY, 10007
                                              Reference No: 3TSWS810949
```

| U.S. POSTAL SERVICE | CERTIFICATE OF MAILING | or meter postage and post mark. Inquire of Postmaster for current fee. |
|---|---|---|
| MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROV' | | |

00    /AJS
SUITE 1802
225 BROADWAY
NEW YORK NY 10007

One piece of ordinary mail addressed to:

72    /TSWS
JEFFREY WILPON
%STERLING METS, LP SHEA STADIUM
123-01 ROOSEVELT AVE FLUSHING, NY 11368-1694

JAN -5 2005

PS Form 3817, January 2001