Form 27 - GENERAL PURPOSE
### TUCKNER, SIPSER, WEINSTOCK & SIPSER,ESQS
### ATTN: BILL SIPSER
U.S.EASTERN DIST. COURT      NEW YORK  COUNTY
----------------------------------------------------

SHEZ JACKSON                               plaintiff

                    - against -

STERLING METS, L.P., ETAL                  defendant
----------------------------------------------------

STATE OF NEW YORK, COUNTY OF NEW YORK          :SS:

Index No. **CV 04 5407**

Date Filed  ............

Office No.

Court Date:   /  /

**HOWARD HERTZFELD**     being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the
State of New York.
     That on the  **3rd  day of January, 2005**     at  **12:50 PM.,**            at
     **%SHEA STADIUM, 123-01 ROOSEVELT AVE**
     **FLUSHING, NY 11368-1699**
I served a true copy of the
     **SUMMONS AND COMPLAINT**
     **CONSENT PURSUANT TO 29 USC 216(B)**

upon **STERLILNG METS, L.P.**
**the DEFENDANT** therein named,
by delivering to, and leaving personally with
     **HELENE WEINTRAUB,   GENERAL AGENT & LEGAL CLERK AUTHORIZED**
     **TO ACCEPT SERVICE**
a true copy of each thereof.

     Deponent describes the person served as aforesaid to the best of deponent's
ability at the time and circumstances of the aforesaid service as follows:
          SEX: **FEMALE**          COLOR: **WHITE**          HAIR: **BROWN**
          APP. AGE: **43**         APP. HT: **5:5**          APP. WT: **135**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
6th  day of  January, 2005ni

TERRY GOLUB
Notary Public, State of New York
    No.01GO5041250
Qualified in KINGS COUNTY
Commission Expires 03/27/2007

................................
HOWARD HERTZFELD   798037
AETNA  CENTRAL  JUDICIAL  SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3TSWS810948