UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SHEZ JACKSON,

          Plaintiff,

-against-

STERLING METS, L.P., JEFFREY WILPON
and DAVID COHEN,

          Defendant.

No. 04 CV 5407 (SJF) (KAM)

**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

---

It is hereby stipulated by and between plaintiff Shez Jackson and defendants Sterling Mets, L.P., Jeffrey Wilpon, and David Cohen (collectively "Defendants"), by and through their respective counsel, that Defendants' time to answer, move against, or otherwise respond to the Complaint in the above-captioned matter is extended to and including February 21, 2005. Defendants waive any objection to the service of the Summons and Complaint.

Dated: New York, New York
       January 19, 2005

O'MELVENY & MYERS LLP

By _/s/_____
Eric G. Hoffman (EH 0673)
Times Square Tower
7 Times Square
New York, New York 10036

Attorneys for Defendants
   Sterling Mets, L.P., Jeffrey Wilpon
   and David Cohen

TUCKNER, SIPSER, WEINSTOCK & SIPSER, LLP

By _/s/_____
William J. Sipser (WS 1781)
120 Broadway, 18th Floor
New York, New York 10271

Attorneys for Plaintiff
   Shez Jackson