ERIC G. HOFFMAN
(EH 0673)
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036

Attorneys for Defendants
Sterling Mets, L.P., Jeffrey Wilpon
and David Cohen

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SHEZ JACKSON,

        Plaintiff,

-against-

STERLING METS, L.P., JEFFREY WILPON
and DAVID COHEN,

        Defendant.

No. 04 CV 5407 (SJF) (KAM)

## NOTICE OF APPEARANCE

Please enter the appearance of O'Melveny & Myers LLP as counsel for defendants Sterling Mets, L.P., Jeffrey Wilpon and David Cohen, in the above-captioned case.

Dated: New York, New York
       January 19, 2005

O'MELVENY & MYERS LLP

By: _____
Eric G. Hoffman (EH 0673)
Times Square Tower
7 Times Square
New York, New York 10036

Attorneys for Defendants
Sterling Mets, L.P., Jeffrey Wilpon
and David Cohen

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SHEZ JACKSON,

           Plaintiff,

  -against-

STERLING METS, L.P., JEFFREY WILPON and DAVID COHEN,

           Defendant.

No. 04 CV 5407 (JSR) (KAM)

**CERTIFICATE OF SERVICE**

---

    The undersigned hereby certifies that on January 21, 2005, I caused a true and correct copy of the foregoing Notice of Appearance, dated January 19, 2004, to be served via first class mail on:

    William J. Sipser, Esq.
    Tuckner, Sipser, Weinstock & Sipser, LLP
    120 Broadway, 18th Floor
    New York, New York  10271

                                          Eric G. Hoffman