JEFFREY I. KOHN (JK 3219)
ELIZA A. KAISER (EK 2928)
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036

Attorneys for Defendants
  Sterling Mets, L.P., Jeffrey Wilpon
  and David Cohen

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SHEZ JACKSON,

        Plaintiff,

  -against-

STERLING METS, L.P., JEFFREY WILPON
and DAVID COHEN,

        Defendant.

No. 04 CV 5407 (SJF)

## NOTICE OF APPEARANCE

Please enter the appearance of Jeffrey I. Kohn and Eliza A. Kaiser of O'Melveny & Myers LLP as counsel for defendants Sterling Mets, L.P., Jeffrey Wilpon and David Cohen, in the above-captioned case.

Dated: New York, New York
       April 21, 2005

                        O'MELVENY & MYERS LLP

                        By: /s/ Eliza A. Kaiser
                            Jeffrey I. Kohn (JK 3219)
                            Eliza A. Kaiser (EK 2928)
                            Times Square Tower
                            7 Times Square
                            New York, New York 10036

                            Attorneys for Defendants
                            STERLING METS, L.P., JEFFREY WILPON
                            AND DAVID COHEN

NY1:1574596.1