UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
SHEZ JACKSON,

                                   Plaintiff,                     04CV5407 (SJF) (KAM)

            - against-

STERLING METS, L.P., et. al.,                             **NOTICE**

                                  Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

    You are hereby noticed that the court will conduct a status conference on the above-captioned matter on **Monday, October 24, 2005 at 10:30 a.m.** at the **Brooklyn Courthouse**.

The conference will be held before the Honorable Sandra J. Feuerstein.

                                                                        _/s/ Maryanne Cerny_
                                                Maryanne Cerny, Judicial Assistant to
                                                Hon. Sandra J. Feuerstein

Dated:    September 27, 2005
              Central Islip, NY

Copies:    Tuckner, Sipser, Weinstock & Sipser
             O'Melveny & Myers, LLP
             Morgan, Lewis & Bockius, LLP