**CIVIL CAUSE FOR STATUS CONFERENCE**

BEFORE JUDGE FEUERSTEIN     Date: OCTOBER 24, 2005     TIME: 10:30 AM
CV- 04-5407

TITLE:          JACKSON     -vs-   STERLING METS

PLTFFS ATTY:    **WILLIAM SIMPSON**
                X  present          ___ not present

                ___ present          ___ not present

                ___ present          ___ not present

DEFTS ATTY:     **JEFFREY KOHN**
                X  present          ___ not present

                **ELIZA KAISER**
                X  present          ___ not present

                ___ present          ___ not present

COURT REPORTER: N/A                COURTROOM DEPUTY: Brian Ketcham

OTHER: _____

_X_ CASE CALLED.

___ ARGUMENT HEARD / CONT'D TO _____.

___ DECISION: ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

**OTHER:** PARTIES ARE TOO FAR APART FOR MEANINGFUL SETTLEMENT DISCUSSIONS AT THIS TIME. SUPERVISION OF DISCOVERY IS RESPECTFULLY REFERRED TO MAGISTRATE JUDGE MATSUMOTO.