Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel: 212.309.6000
Fax: 212.309.6001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

Eric G. Hoffman
Associate
212.309.6355
ehoffman@morganlewis.com

FILED
IN CLERKS OFFICE
U.S. ~ ~~··~- ~~ N.Y:

★ JAN 4 2006 ★

P.M. _____
TIME A.M. _____

December 7, 2005

Hon. Sandra J. Feuerstein
United States District Court
P.O. Box 9014
Central Islip, New York 11722-9014

Attn: Maryanne Cerny
      Judicial Assistant

Re:  Shez Jackson v. Sterling Mets, L.P., et al.,
     Case No. 04CV5407 (SJF)(KAM)

Dear Judge Feuerstein:

Please be advised that I left O'Melveny & Myers and joined Morgan Lewis & Bockius LLP. I am no longer representing Defendants in the above-captioned action. Please have your office update the case management system and your records.

Thank you for your attention to this matter.

Very truly yours,

Eric G. Hoffman

Re:  Jeffrey I. Kohn, Esq.
     Eliza A. Kaiser, Esq.