UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
SHEZ JACKSON,

                                 Plaintiff,                   **MEDIATION REFERRAL**
       -against-                                                    **ORDER**

STERLING METS, L.P., et al.,                       04-CV-5407 (SJF)(KAM)

                                Defendants.
------------------------------------------------------------------------ X
MATSUMOTO, United States Magistrate Judge:

        IT IS HEREBY ORDERED that the above-captioned case be referred to mediation pursuant to Local Civil Rule 83.11, and it is further

        ORDERED that mediation occur at the earliest convenient time after the date of entry of this order; and it is further

        ORDERED that the parties are offered the option of: (a) selecting a mediator from the Court's panel listed on the E.D.N.Y. ADR website; (b) choosing a mediator on their own; or (c) seeking the assistance of a reputable neutral ADR organization in the selection of a mediator.

        Counsel shall consult with the ADR Administrator, Gerald P. Lepp (telephone: (718) 613-2578), concerning their alternatives and selecting a mediator. Counsel for plaintiff shall also submit to the undersigned magistrate judge a report on the outcome of mediation.

**SO ORDERED.**

                                                                 /s/
                                                  KIYO A. MATSUMOTO
                                                  United States Magistrate Judge

Dated: January 25, 2006
        Brooklyn, NY