**DOCKET & FILE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SHEZ JACKSON,

        Plaintiff,

   -against-

STERLING METS, L.P., JEFFREY WILPON
and DAVID COHEN,

        Defendants.

Index: 04 CV 5407 (SJF) (KAM)

**SCHEDULING ORDER**

---

The disposition of this case will be controlled by the following schedule and deadlines:

1. Date for completion of automatic disclosures required by Rule 26 (a)(1) of the Federal Rules of Civil Procedure, if not yet done: N/A (already done)

2. Date for exchange of written discovery demands, if not yet done: N/A (already done)

3. Date for completion of factual discovery: May 16, 2006

4. Date for plaintiff's expert report(s): June 16, 2006

5. Date for defendants' expert report(s): July 17, 2006

6. Date for completion of expert discovery: August 17, 2006

Dated: 1/31/06.

_____
The Honorable Kiyo Matsumoto
United States Magistrate Judge

NY1:1622138.1