| | |
|---|---|
| **From:** | Kaiser, Eliza |
| **Sent:** | Wednesday, February 22, 2006 8:20 PM |
| **To:** | gerald_p_lepp@nyed.uscourts.gov |
| **Cc:** | WSipser@aol.com; wsipser@womensrightsny.com; rdradr@optonline.net |
| **Subject:** | Shez Jackson v. Sterling Mets, L.P. et al. - Case 1:04-cv-05407-SJF-KAM |

Dear Mr. Lepp,

The mediation in the above-referenced matter has been scheduled for March 30, 2006 at 9:00 a.m. at the offices of O'Melveny & Myers LLP. As we have previously indicated to you, Ruth Raisfeld kindly agreed to be the mediator for this matter.

Please let me know if you need any further information.

Thank you,

*Eliza A. Kaiser*
**O'Melveny & Myers LLP**
Times Square Tower
7 Times Square
New York, NY 10036

Phone: (212) 326-2239
Fax: (212) 326-2061
ekaiser@omm.com

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*