*The Law Firm of*
**TUCKNER, SIPSER, WEINSTOCK & SIPSER, LLP**

120 Broadway · 18th Floor · New York · New York 10271

web site: www.womensrightsny.com
e-mail: info@womensrightsny.com

phone: 212.766.9100
facsimile: 212.766.4474

**Via Electronic Filing**

April 28, 2006

The Honorable Kiyo A. Matsumoto
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   Shez Jackson v. Sterling Mets, *et al.*
      Docket No.: 04 CV 5407 (JSR) (KAM)

Dear Judge Matsumoto:

This letter is in follow-up to your order dated April 5, 2006 regarding the above-referenced case. In your order you directed that, in view of the settlement of this mattrer reached via mediation, a stipulation of dismissal was to be filed on or before April 28, 2006.

The parties are in the process of finalizing the settlement papers in this matter, for which they need a short additional period of time. The parties, therefore, jointly request a 30 day extension of time until May 26, 2006 to file the stipulation of dismissal.

Please contact us if you need any further information.

Sincerely,

William J. Sipser
(WS 1781)

cc:   Eliza Kaiser, Esq.