THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHEZ JACKSON,<br><br>        Plaintiff,<br><br>    v.<br><br>STERLING METS, L.P., JEFFREY WILPON AND DAVID COHEN,<br><br>        Defendants. | Civil Action No. CV 04 5407 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties in the above-captioned action, through their attorneys, that this action is hereby dismissed with prejudice as against Sterling Mets, L.P., Jeffrey Wilpon and David Cohen without costs and attorneys' fees pursuant to Federal Rule of Civil Procedure 41(a)(1).

| | |
|---|---|
| TUCKNER, SIPSER, WEINSTOCK & SIPSER, LLP<br>120 Broadway, 18th Floor<br>New York, NY 10271<br>(212) 766-9100<br><br>By: _____<br>    William J. Sipser (WS-1781)<br>    Jack Tuckner<br><br>Counsel for Plaintiff Shez Jackson | O'MELVENY & MYERS LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>(212) 326-2000<br><br>By: _____<br>    Jeffrey I. Kohn (JK 3219)<br>    Eliza A. Kaiser (EK 2928)<br><br>Counsel for Defendants Sterling Mets, L.P., Jeffrey Wilpon and David Cohen |

SO ORDERED this ____ day of May, 2006

_____
United States District Judge