FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★   MAY 19 2006   ★

P.M. _____
TIME A.M. _____

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

SHEZ JACKSON,

    Plaintiff,

v.

STERLING METS, L.P., JEFFREY WILPON AND DAVID COHEN,

    Defendants.

Civil Action No. CV 04 5407

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties in the above-captioned action, through their attorneys, that this action is hereby dismissed with prejudice as against Sterling Mets, L.P., Jeffrey Wilpon and David Cohen without costs and attorneys' fees pursuant to Federal Rule of Civil Procedure 41(a)(1).

TUCKNER, SIPSER, WEINSTOCK & SIPSER, LLP
120 Broadway, 18th Floor
New York, NY 10271
(212) 766-9100

By: _____
William J. Sipser (WS-1781)
Jack Tuckner

Counsel for Plaintiff Shez Jackson

O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036
(212) 326-2000

By: _____
Jeffrey I. Kohn (JK-3219)
Eliza A. Kaiser (EK-2928)

Counsel for Defendants Sterling Mets, L.P., Jeffrey Wilpon and David Cohen

SO ORDERED this ____ day of May, 2006

_____
United States District Judge